ENC. 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In Re:

|  |  |
|---|---|
| ) | Bankruptcy Number: |
| ) | Chapter 12 |
| ) | |
| ) | |
| ) | |
| Debtor(s).   ) | |
| ) | |

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): _James Ollis / J. Ollis Farms LLC_

CASE NO.: _20-02775 / 20-02776_

For Month Ending _March 2026_

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1. ## CASH RECEIPTS

|  | MONTH | YEAR TO DATE |
|---|---|---|

   A. ## FARM INCOME

   Grain Sales
   #bu._____ corn at $_____
   #bu._____ beans at $_____
   #bu._____ oats at $_____
   #bu._____ milo at $_____
   #bu._____ wheat at $_____

   Livestock Sales
   #hd_____ feeder pigs at _____
   #hd_____ hogs at $_____ per/lb.
   #hd_____ calves at $_____ per/lb.
   #hd_____ cattle at $_____ per/lb.
   #hd_____ lambs at $_____
   Eggs _____

1

Poultry _____   _____
Milk _____   _____
Other _____   _____
_____   _____

Miscellaneous Farm Income
   Contract payments    Amazon $ 367,111.14   1,031,448.22
   Contract payments    Ebay   16,091.74   24,415.24
   Contract payments    Walmart   19,372.80   34,491.73
   Rent payment
   Rent payment
   Government payment
   PIK and Roll proceeds
   Custom farming income    Transfer   0   5500
   Custom feeding payments
   Other farm income
   (please specify source)

_____   _____
_____   _____

New loans (specify source)    _____

_____   _____
_____   _____

## B.  WAGES FROM OUTSIDE WORK

   Husband    _____
   Wife    _____

## C.  OTHER RECEIPTS

   Social Security    _____
   Other: _____
    SSDI   3279   9837

     Total Cash Receipts    405,854.68   1,105,692.19

2

II. EXPENSES PAID

A. HOUSEHOLD  (Use more pages if necessary.)     0997

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| A(or^) | 3/02 | 3 | Invest |
| Co.per | 3/4 | 951.77 | House |

TOTAL                                     954.77

3

B. <u>FARM EXPENSES</u>  (Use more pages if necessary.)      /00 4

<u>Payee</u>                <u>Date</u>    <u>Amount</u>    <u>Purpose</u>

See Attached

404,673.53

TOTAL

C.   TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE _____ 0 _____

TOTAL EXPENSES FOR MONTH _____ 405,628.30 _____

CASH PROFIT (LOSS) FOR MONTH _____ 226.28 _____

[TOTAL INCOME minus TOTAL EXPENSES] _____ 226.28 _____

OTHER NON-CASH LOSSES:

   LOSS DUE TO CROP FAILURE OR
   DAMAGE $ _____

   LOSS DUE TO DEATH OR DISEASE
   OF LIVESTOCK OR POULTRY
   $ _____

III.   CASH RECONCILIATION:

Cash and Bank Accounts Balance at
   Beginning of Month:          $ 52,610.16

Profit (or Loss) During Month   $ 226.28

Cash and Bank Account Balance at
   End of Month                 $ 52,836.54

IV.   EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemized):

Expense                          Amount
                                 $

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

_____ 4/19/26 _____          _____
DATE                         DEBTOR(S) / OFFICER OF DEBTOR(S)

5

March Bvs. Exp

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Upstick Prep | 3/2 | 818 | prep Amz |
| Seller Amp | 3/2 | 18.95 | Software |
| Kroger O | 3/2 | 130 | food |
| Apple | 3/2 | 9.99 | Book |
| Card Depot | 3/2 | 5166.95 | Amz |
| Fluz | 3/2 | 7000 | Amz |
| Pirate Ship | 3/2 | 6.75 | UPS |
| `` | 3/2 | 6.75 | UPS |
| Ace | 3/2 | 7.41 | Amz |
| food lion | 3/3 | 36.31 | food |
| Stadium Suites | 3/3 | 797.95 | Rent |
| Fluz | 3/3 | 6000 | Amz |
| Fluz | 3/3 | 7000 | Amz |
| Fluz | 3/3 | 11,000 | Amz |
| PS | 3/3 | 6.75 | UPS |
| Fluz | 3/4 | 10,500 | Amz |
| Prime | 3/5 | 198 | Storage |
| Amz | 3/5 | 72.24 | Boxes |
| PS | 3/5 | 6.75 | UPS |
| Fluz | 3/5 | 12000 | Amz |
| Dr. Herndon | 3/5 | 1300 | Dr. Meds |
| Card Depot | 3/6 | 2288 | Amz |
| Fluz | 3/6 | 10000 | Amz |
| dollar General | 3/6 | 8.35 | food |
| PS | 3/6 | 12 | Postage |
| Upstick Prep | 3/9 | 1482.50 | Prep Amz |
| Hayden O | 3/9 | 50 | food |

March Exp

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Hiscox | 3/9 | 302.58 | Insurance |
| Microsoft | 3/9 | 9.99 | Software |
| Apple | 3/9 | 29.99 | Book |
| Card Dept | 3/9 | 1830.46 | Amz |
| Flvz | 3/9 | 70ºº | Amz |
| Circle K | 3/9 | 32.5 | gas |
| PS | 3/9 | 6.75 | UPS |
| " | 3/9 | 6.75 | " |
| Amz | 3/10 | 77.72 | Boxes |
| Amz | 3/10 | 107.36 | supplies |
| Flvz | 3/10 | 15ºº | Amz |
| Flvz | 3/10 | 2ºº | Amz |
| Flvz | 3/10 | 3ºº | Amz |
| " | " | 70ºº | " |
| " | " | 9500 | " |
| Card Dept | 3/10 | 6406.63 | Amz |
| PS | 3/10 | 6.75 | UPS |
| Amz | 3/11 | 121.63 | supplies |
| " | 3/11 | 85.41 | " |
| Card Dept | 3/11 | 1372.85 | Amz |
| Flvz | 3/11 | 50ºº | Amz |
| Apple | 3/11 | 2.99 | storage |
| PS | 3/12 | 6.75 | UPS |
| Card Dept | 3/12 | 6864.24 | Amz |
| PS | 3/12 | 6.75 | UPS |
| Flvz | 3/13 | 45ºº | Amz |
| Card Dept | 3/13 | 6406.63 | Amz |

March EXP

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Upstate Prep | 3/16 | 435 | Amz prep |
| Sellerboard | 3/16 | 29 | Software |
| Flvz | 3/16 | 5000 | Amz |
| Card Dept | 3/16 | 5949.01 | Amz |
| PS | 3/16 | 6.75 | UPS |
| " | " | 6.75 | " |
| Verizon | 3/17 | 193.86 | Phone |
| Flvz | 3/18 | 1000 | Amz |
| " | " | 4000 | " |
| " | " | 4000 | " |
| " | " | 5000 | " |
| Card Depot | 3/17 | 11,898.02 | Amz |
| Circle K | 3/17 | 65.79 | gas |
| PS | 3/17 | 6.75 | UPS |
| Duke | 3/18 | 84.05 | Power |
| Duke | 3/18 | 17.59 | power |
| Amz | 3/18 | 165.27 | Boxes |
| " | 3/18 | 77.72 | " |
| Keepa | 3/18 | 33.43 | Software |
| Flvz | 3/18 | 2500 | Amz |
| " | " | 5000 | " |
| Card Dept | 3/18 | 6864.24 | Amz |
| PS | 3/18 | 6.75 | UPS |
| Express oil | 3/19 | 79.13 | Oil change |
| Flvz | 3/19 | 3000 | Amz |
| " | " | 5500 | Amz |
| PS | 3/19 | 1.49 | postage |

## March Exp

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Crd Dept | 3/19 | 4590.69 | Amz |
| Dollar Gen. | 3/20 | 23.6 | food |
| Crd Dept | 3/20 | 15850.47 | Amz |
| Upsh Prop | 3/23 | 628 | Prep Amz |
| Chick fla | 3/23 | 26.98 | food |
| Jeff Schuck | 3/23 | 150 | Retainer |
| Fluz | 3/23 | 2000 | Amz |
| " | " | 4000 | " |
| Crd Dept | 3/23 | 6474.42 | Amz |
| PS | 3/23 | 6.75 | UPS |
| " | " | 6.75 | " |
| Apple | 3/24 | 9.99 | Book |
| Fluz | 3/24 | 1500 | Amz |
| " | " | 3000 | " |
| " | " | 3000 | " |
| " | " | 4000 | " |
| " | " | 15000 | " |
| " | " | 8000 | " |
| DMV | 3/24 | 26.43 | Driers License |
| PS | 3/24 | 6.75 | UPS |
| Fluz | 7/25 | 9000 | Amz |
| Crd Dept | 3/25 | 14,721.20 | Amz |
| Food Lion | 3/25 | 27.43 | food |
| PS | 3/25 | 6.75 | UPS |
| Amz | 3/26 | 66.60 | Supplies |
| Crd Dept | 3/26 | 2760.22 | Amz |
| Fluz | 3/26 | 4500 | Amz |

March Exp

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Flvz | 3/26 | 9800 | Amz |
| Com Bank | 3/26 | 469.12 | hosh |
| Tool Pallet | 3/26 | 7000 | Amz |
| PS | 3/26 | 6.75 | UPS |
| Hyde. 0 | 3/26 | 100 | food |
| Flvz | 3/27 | 1000 | Amz |
| '' | '' | 14000 | '' |
| UPSTate pep | 3/30 | 772 | Amz pep |
| Amz | 3/30 | 59.95 | Supplies |
| Circle k | 3/30 | 55.21 | gas |
| Flvz | 3/30 | 14000 | Amz |
| PS | 3/30 | 6.75 | UPS |
| PS | 3/30 | 12.27 | Postage |
| Amz | 3/31 | 121.63 | Supplies |
| Seller Amp | 3/31 | 18.54 | Softwar |
| PS | 3/31 | 6.75 | UPS |
| Flvz | 3/31 | 4500 | Amz |
| Flvz | 3/31 | 4750 | Amz |
| '' | '' | 5000 | '' |
| '' | '' | 5000 | '' |
| '' | '' | 5250 | '' |
| '' | '' | 5750 | '' |
| PS | 3/31 | 6.75 | UPS |
| Int/Analysis Charge | 3/31 | 19.50 | Bank |
| | total | 4·4,673.53 | |

March 2026
Reconciliation

| Act | Beg. Balance | End Balance |
|-----|--------------|-------------|
| 1004 | 48,969.68 | 46,871.83 |
| 0997 | 3640.48 | 5964.71 |
| total | 52,610.16 | 52,836.54 |

Regions Bank
Simpsonville
2565 Woodruff Rd
Simpsonville, SC 29681

J OLLIS FARMS LLC
2450 GRADEN RD
WARE SHOALS SC 29692-2918

## ACCOUNT #        1004

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 7 |

## ADVANTAGE BUSINESS CHECKING
February 28, 2026 through March 31, 2026

## SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $48,969.68 | Minimum Daily Balance | $30,319 |
| Deposits & Credits | $402,575.68 + | Average Monthly Statement Balance | $46,412 |
| Withdrawals | $375,268.91 – | | |
| Fees | $19.50 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $29,385.12 – | | |
| **Ending Balance** | **$46,871.83** | | |

## DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/02 | Rtp Credit From Amazon.Com Ref # 02100002brjpc05930010851 | 1,146.75 |
| 03/02 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00570009352 | 16,400.38 |
| 03/02 | Amazon Mexico SE Intl Pymnt James Edwin O 15al13n0001hgd | 343.26 |
| 03/02 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02770006996 | 1,161.59 |
| 03/02 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00080014683 | 6,600.57 |
| 03/03 | Amazon Mexico SE Intl Pymnt James Edwin O 11an1600000igd | 3,212.53 |
| 03/03 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00080011922 | 10,270.67 |
| 03/04 | Amazon Servicos AAA James Edwin OI 0589694620 | 13.03 |
| 03/04 | Amazon Servicos AAA James Edwin OI 0589694662 | 79.18 |
| 03/04 | Amazon Servicos AAA James Edwin OI 0589694607 | 93.66 |
| 03/04 | Amazon Mexico SE Intl Pymnt James Edwin O 15ap15q0000ngd | 1,406.68 |
| 03/04 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00630006277 | 1,155.81 |
| 03/04 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00600021112 | 8,036.35 |
| 03/05 | Amazon Mexico SE Intl Pymnt James Edwin O 13ar17p0002cgd | 1,993.09 |
| 03/05 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02730003592 | 1,020.50 |
| 03/06 | Amazon Mexico SE Intl Pymnt James Edwin O 13as13600013gd | 400.56 |
| 03/06 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00080008083 | 748.75 |
| 03/06 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00140019249 | 14,235.28 |
| 03/09 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00710003860 | 7,905.16 |
| 03/09 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02430004196 | 1,343.47 |
| 03/09 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00000005093 | 4,024.29 |
| 03/09 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00700014295 | 647.71 |
| 03/09 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00310019279 | 5,872.96 |
| 03/10 | Amazon.Com.CA UI Payment James Edwin O Kq27usekb7ed | 148.73 |
| 03/10 | Amazon Mexico SE Intl Pymnt James Edwin O 14at1an0000cgd | 1,206.60 |
| 03/10 | Amazon Mexico SE Intl Pymnt James Edwin O 10av1pu0001dgd | 2,169.86 |
| 03/10 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00650014272 | 1,116.70 |
| 03/10 | Wal-Mart Stores 961010204 J. Ollis Farms 366185453541903 | 4,920.89 |

**Thank You For Banking With Regions!**
LENDER    2026 Regions Bank Member FDIC. All loans subject to credit approval.

Regions Bank
Simpsonville
2565 Woodruff RD
Simpsonville, SC 29681

REGIONS

J OLLIS FARMS LLC
2450 GRADEN RD
WARE SHOALS SC 29692-2918

**ACCOUNT #**     **1004**

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 7 |

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/10 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02440019894 | 5,903.26 |
| 03/11 | Amazon Mexico SE Intl Pymnt James Edwin O 14aw1i400004gd | 554.75 |
| 03/11 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02420019803 | 8,399.44 |
| 03/12 | Amazon Mexico SE Intl Pymnt James Edwin O 14ax1hi00003gd | 498.84 |
| 03/12 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02450001258 | 2,130.64 |
| 03/12 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00240014556 | 8,252.27 |
| 03/13 | Amazon Mexico SE Intl Pymnt James Edwin O 13az1r200012gd | 1,227.56 |
| 03/13 | Rtp Credit From Amazon.Com Ref # 02100002brjpc07480012391 | 672.83 |
| 03/13 | Rtp Credit From Amazon.Com Ref # 02100002brjpc07510029915 | 9,160.83 |
| 03/16 | Rtp Credit From Amazon.Com Ref # 02100002brjpc09030000234 | 4,346.72 |
| 03/16 | Rtp Credit From Amazon.Com Ref # 02100002brjpc09740005786 | 16,623.54 |
| 03/16 | Rtp Credit From Amazon.Com Ref # 02100002brjpc09010016156 | 5,464.40 |
| 03/16 | Rtp Credit From Ebay Commerce Ref # 02100002brjpc09690014411 | 16,091.74 |
| 03/17 | Amazon Mexico SE Intl Pymnt James Edwin O 14a02ea00013gd | 676.48 |
| 03/17 | Amazon Mexico SE Intl Pymnt James Edwin O 10a22nj0000xgd | 1,372.37 |
| 03/17 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02380003090 | 1,436.10 |
| 03/17 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02330017996 | 11,529.99 |
| 03/18 | Amazon Servicos AAA James Edwin Ol 0593597370 | 45.97 |
| 03/18 | Amazon Servicos AAA James Edwin Ol 0593597399 | 63.02 |
| 03/18 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02320016693 | 13,046.22 |
| 03/18 | Amazon Mexico SE Intl Pymnt James Edwin O 12a42ey00020gd | 558.87 |
| 03/19 | Rtp Credit From Amazon.Com Ref # 02100002brjpc09750008321 | 889.53 |
| 03/19 | Rtp Credit From Amazon.Com Ref # 02100002brjpc09000014913 | 17,562.21 |
| 03/20 | Amazon Mexico SE Intl Pymnt James Edwin O 12a62j10002igd | 1,197.28 |
| 03/20 | Rtp Credit From Amazon.Com Ref # 02100002brjpc08980009146 | 1,068.39 |
| 03/20 | Rtp Credit From Amazon.Com Ref R 02100002brjpc02380025380 | 14,179.90 |
| 03/23 | Rtp Credit From Amazon.Com Ref # 02100002brjpc04210001166 | 1,146.30 |
| 03/23 | Rtp Credit From Amazon.Com Ref # 02100002brjpc06030003758 | 22,372.90 |
| 03/23 | Amazon Mexico SE Intl Pymnt James Edwin O 13a721q00028gd | 567.98 |
| 03/23 | Rtp Credit From Amazon.Com Ref # 02100002brjpc01040006431 | 1,209.93 |
| 03/23 | Rtp Credit From Amazon.Com Ref # 02100002brjpc04180013453 | 9,080.39 |
| 03/24 | Amazon Mexico SE Intl Pymnt James Edwin O 14aa22d0000agd | 199.30 |
| 03/24 | Amazon.Com.CA Ul Payment James Edwin O Kq2lusem0k5o | 824.61 |
| 03/24 | Amazon Mexico SE Intl Pymnt James Edwin O 10a92pe0000jgd | 973.29 |
| 03/24 | Wal-Mart Stores 966453430 J. Ollis Farms 366185467982514 | 14,451.91 |
| 03/24 | Rtp Credit From Amazon.Com Ref # 02100002brjpc06060019862 | 13,799.93 |
| 03/25 | Rtp Credit From Amazon.Com Ref # 02100002brjpc01040003183 | 397.61 |
| 03/25 | Rtp Credit From Amazon.Com Ref # 02100002brjpc01080015505 | 13,093.02 |
| 03/26 | Amazon Mexico SE Intl Pymnt James Edwin O 13ac2ar0000sgd | 955.88 |
| 03/26 | Rtp Credit From Amazon.Com Ref # 02100002brjpc05400009291 | 570.67 |
| 03/26 | Rtp Credit From Amazon.Com Ref # 02100002brjpc05390022331 | 16,083.48 |
| 03/27 | Amazon Mexico SE Intl Pymnt James Edwin O 13ad2pj0000rgd | 521.14 |
| 03/27 | Rtp Credit From Amazon.Com Ref # 02100002brjpc01040019382 | 16,193.55 |
| 03/30 | Rtp Credit From Amazon.Com Ref # 02100002brjpc03000002702 | 312.91 |
| 03/30 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02980014513 | 23,987.67 |
| 03/30 | Rtp Credit From Amazon.Com Ref # 02100002brjpc00920018472 | 9,219.50 |
| 03/31 | Amazon.Com.CA Ul Payment James Edwin O Kq2susen2dgg | 283.94 |
| 03/31 | Amazon Mexico SE Intl Pymnt James Edwin O 10ag2nc0001jgd | 1,042.21 |
| 03/31 | Rtp Credit From Amazon.Com Ref # 02100002brjpc07940003037 | 1,616.31 |
| 03/31 | Rtp Credit From Amazon.Com Ref # 02100002brjpc02970016389 | 13,043.09 |

| | |
|---|---|
| Total Deposits & Credits | $402,575.68 |

Regions Bank
Simpsonville
2565 Woodruff R
Simpsonville, SC 29681

REGIONS

J OLLIS FARMS LLC
2450 GRADEN RD
WARE SHOALS SC 29692-2918

**ACCOUNT #**          **1004**

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 7 |

## WITHDRAWALS

| Date | Description | | Amount |
|---|---|---|---|
| 03/02 | J Ollis Farms LI Payment J Ollis Farms | | 818.00 |
| 03/02 | Recurring Card Transaction Seller Amp LTD   5734 Halifax | 4131 | 18.85 |
| 03/02 | Card Purchase Venmo *Keegan O  4829 New York    Ny 10014   4131 | | 130.00 |
| 03/02 | Paypal        Inst Xfer James Edwin Ol Apple.Com Bill | | 9.99 |
| 03/02 | Card Depot Inc.  CD 2-27-26 James Ollis | | 5,166.95 |
| 03/02 | Fluz        Load J Ollis Farms  460ca46d84e14df | | 7,000.00 |
| 03/02 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/02 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/03 | Card Purchase Ace Hardware Cl  5251 Greenville    SC 29607   4131 | | 7.41 |
| 03/03 | PIN Purchase Food Lion #281   5411 Simpsonville SC        4131 | | 36.31 |
| 03/03 | Stadium Suites O Rent James Ollis    258804595 | | 797.95 |
| 03/03 | Fluz        Load J Ollis Farms  E15899be31de490 | | 6,000.00 |
| 03/03 | Fluz        Load J Ollis Farms  151f1fd2d067428 | | 7,000.00 |
| 03/03 | Fluz        Load J Ollis Farms  D911f0080a71485 | | 11,000.00 |
| 03/03 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/04 | Fluz        Load J Ollis Farms  Ec961fc8de154d8 | | 10,500.00 |
| 03/05 | Card Purchase Py *Prime Stora  4225 888-8466503   SC 29681   4131 | | 198.00 |
| 03/05 | Card Purchase Amazon Mktpl*be  5942 Amzn.Com/Bill WA 98109   4131 | | 72.24 |
| 03/05 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/05 | Fluz        Load J Ollis Farms  Eb55e93816034c9 | | 12,000.00 |
| 03/06 | Paypal        Inst Xfer James Edwin Ol Mdherndonll | | 1,300.00 |
| 03/06 | Card Depot Inc.  CD 3-5-26 James Ollis | | 2,288.08 |
| 03/06 | Fluz        App J Ollis Farms  9ad98de29898418 | | 10,000.00 |
| 03/06 | PIN Purchase Dollar-General  5310 Simpsonville SC        4131 | | 8.35 |
| 03/06 | Pirate Ship     Payment James E Ollis  Payment | | 12.00 |
| 03/09 | J Ollis Farms LI Payment J Ollis Farms | | 1,482.50 |
| 03/09 | Card Purchase Venmo *Hayden O  4829 VISA Direct   Ny 10014   4131 | | 50.00 |
| 03/09 | Card Purchase His*hiscox Inc   6300 888-202-3007  Ny 10022   4131 | | 302.58 |
| 03/09 | Card Purchase Microsoft*store  5818 425-6816830   WA 98052   4131 | | 9.99 |
| 03/09 | Paypal        Inst Xfer James Edwin Ol Apple.Com Bill | | 29.99 |
| 03/09 | Card Depot Inc.  CD 3-6-26 James Ollis | | 1,830.46 |
| 03/09 | Fluz        App J Ollis Farms  D9e25bd36afe421 | | 7,000.00 |
| 03/09 | PIN Purchase Circle K # 232   5542 Simpsonville        4131 | | 32.50 |
| 03/09 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/09 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/10 | Card Purchase Amazon Mktpl*be  5942 Amzn.Com/Bill WA 98109   4131 | | 77.72 |
| 03/10 | Card Purchase Amazon Mktpl*bp  5942 Amzn.Com/Bill WA 98109   4131 | | 107.36 |
| 03/10 | Fluz        App J Ollis Farms  D2ad336f49fd498 | | 1,500.00 |
| 03/10 | Fluz        App J Ollis Farms  44af16a5dc644ff | | 2,000.00 |
| 03/10 | Fluz        App J Ollis Farms  55978ab31edb452 | | 3,000.00 |
| 03/10 | Card Depot Inc.  CD 3-9-26 James Ollis | | 6,406.63 |
| 03/10 | Fluz        App J Ollis Farms  A71f46979fb74e0 | | 7,000.00 |
| 03/10 | Fluz        App J Ollis Farms  Ab1ab80a97e244b | | 9,500.00 |
| 03/10 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/11 | Card Purchase Amazon Mktpl*be  5942 Amzn.Com/Bill WA 98109   4131 | | 121.63 |
| 03/11 | Card Purchase Amazon Mktpl*bd  5942 Amzn.Com/Bill WA 98109   4131 | | 85.41 |
| 03/11 | Card Depot Inc.  CD 3-10-26 James Ollis | | 1,372.85 |
| 03/11 | Fluz        App J Ollis Farms  F359a07010e04b6 | | 5,000.00 |
| 03/12 | Paypal        Inst Xfer James Edwin Ol Apple.Com Bill | | 2.99 |
| 03/12 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/12 | Card Depot Inc.  CD 3-11-26 James Ollis | | 6,864.24 |
| 03/12 | Pirate Ship     Payment James E Ollis  Payment | | 6.75 |
| 03/13 | Fluz        App J Ollis Farms  9613a9cfc525418 | | 4,500.00 |
| 03/13 | Card Depot Inc.  CD 3-12-26 James Ollis | | 6,406.63 |

Regions Bank
Simpsonville
2565 Woodruff RD
Simpsonville, SC 29681

J OLLIS FARMS LLC
2450 GRADEN RD
WARE SHOALS SC 29692-2918

**ACCOUNT #** **1004**

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/16 | J Ollis Farms Ll Payment J Ollis Farms | 435.00 |
| 03/16 | Recurring Card Transaction Sellerboard Pro  5734 Stuttgart        70374    4131 | 29.00 |
| 03/16 | Fluz        App J Ollis Farms  5c951fe39dce477 | 5,000.00 |
| 03/16 | Card Depot Inc.  CD 3-13-26 James Ollis | 5,949.01 |
| 03/16 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/16 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/17 | Card Purchase Vzwrlss*ivr Vb  4814 800-9220204   GA 30004   4131 | 193.86 |
| 03/17 | Fluz        App J Ollis Farms  324110a79e3c41c | 1,000.00 |
| 03/17 | Fluz        App J Ollis Farms  A5453d08e713416 | 4,000.00 |
| 03/17 | Fluz        App J Ollis Farms  05357145a4b6472 | 4,000.00 |
| 03/17 | Fluz        App J Ollis Farms  6f77892132fd413 | 5,000.00 |
| 03/17 | Card Depot Inc.  CD 3-16-26 James Ollis | 11,898.02 |
| 03/17 | PIN Purchase Circle K # 232  5542 Simpsonville        4131 | 65.79 |
| 03/17 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/18 | Card Purchase Spi*duke-Energy  4900 800-777-9898  NC 28202    4131 | 84.05 |
| 03/18 | Card Purchase Spi*duke-Energy  4900 800-777-9898  NC 28202    4131 | 17.59 |
| 03/18 | Card Purchase Amazon Mktpl*bd  5942 Amzn.Com/Bill WA 98109    4131 | 165.27 |
| 03/18 | Card Purchase Amazon Mktpl*bp  5942 Amzn.Com/Bill WA 98109    4131 | 77.72 |
| 03/18 | Recurring Card Transaction Keepa Price Tra  7372 Kemnath        95478   4131 | 33.43 |
| 03/18 | Fluz        App J Ollis Farms  D65d94f293304cf | 2,500.00 |
| 03/18 | Fluz        App J Ollis Farms  8561b00bd696428 | 5,000.00 |
| 03/18 | Card Depot Inc.  CD 3-17-26 James Ollis | 6,864.24 |
| 03/18 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/19 | Card Purchase Express Oil 303  7538 Greenville    SC 29607   4131 | 79.13 |
| 03/19 | Fluz        App J Ollis Farms  F32c574b8fde43b | 3,000.00 |
| 03/19 | Fluz        App J Ollis Farms  F54bd8ebcbc3453 | 5,500.00 |
| 03/19 | Pirate Ship     Payment James E Ollis  Payment | 1.49 |
| 03/19 | Card Depot Inc.  CD 3-18-26 James Ollis | 4,590.69 |
| 03/20 | PIN Purchase Dollar-General  5310 Simpsonville SC        4131 | 23.60 |
| 03/20 | Card Depot Inc.  CD 3-19-26 James Ollis | 15,850.47 |
| 03/23 | J Ollis Farms Ll Payment J Ollis Farms | 628.00 |
| 03/23 | Card Purchase Chick-Fil-A #04  5814 Simpsonville  SC 29681   4131 | 26.98 |
| 03/23 | Recurring Card Transaction Jeff Schic* Mon  8111 Www.Jeffschic CO 80302   4131 | 150.00 |
| 03/23 | Fluz        App J Ollis Farms  80bb140714e140e | 2,000.00 |
| 03/23 | Fluz        App J Ollis Farms  7cb6875bc0ae4ee | 4,000.00 |
| 03/23 | Card Depot Inc.  CD 3-20-26 James Ollis | 6,474.42 |
| 03/23 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/23 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/24 | Paypal        Inst Xfer James Edwin Ol Apple.Com Bill | 9.99 |
| 03/24 | Fluz        App J Ollis Farms  80f93335c37a4c4 | 1,500.00 |
| 03/24 | Fluz        App J Ollis Farms  9eceff94d80e423 | 3,000.00 |
| 03/24 | Fluz        App J Ollis Farms  E776c7eb67fe448 | 3,000.00 |
| 03/24 | Fluz        App J Ollis Farms  192f8578e2f64b1 | 4,000.00 |
| 03/24 | Fluz        App J Ollis Farms  F253499f144e4b4 | 5,000.00 |
| 03/24 | Fluz        App J Ollis Farms  2115a955ab53464 | 5,000.00 |
| 03/24 | Fluz        App J Ollis Farms  2ec92479c3824f2 | 5,000.00 |
| 03/24 | Fluz        App J Ollis Farms  Ee7be5cd7b9c4e7 | 8,000.00 |
| 03/24 | PIN Purchase Scgov866-340-7  9399 Fountain Inn SC        4131 | 26.43 |
| 03/24 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/25 | Fluz        App J Ollis Farms  0fa63d5c6d37429 | 9,000.00 |
| 03/25 | Card Depot Inc.  CD 3-23-26 James Ollis | 14,721.20 |
| 03/25 | PIN Purchase Food Lion #281  5411 Simpsonville SC        4131 | 27.43 |
| 03/25 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/26 | Card Purchase Amazon Mktpl*b5  5942 Amzn.Com/Bill WA 98109    4131 | 66.40 |



Regions Bank
Simpsonville
2565 Woodruff Rd
Simpsonville, SC 29681

J OLLIS FARMS LLC
2450 GRADEN RD
WARE SHOALS SC 29692-2918

**ACCOUNT #**      **1004**

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/26 | Card Depot Inc.  CD 3-24-26 James Ollis | 2,760.22 |
| 03/26 | Fluz        App J Ollis Farms  297d62a13b584f2 | 4,500.00 |
| 03/26 | Fluz        App J Ollis Farms  56274dc33c654e6 | 9,000.00 |
| 03/26 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/27 | Card Purchase Venmo *Hayden O  4829 VISA Direct  Ny 10014   4131 | 100.00 |
| 03/27 | Fluz        App J Ollis Farms  4574c734ead1463 | 1,000.00 |
| 03/27 | Card Depot Inc.  CD 3-25-26 James Ollis | 6,440.52 |
| 03/27 | Fluz        App J Ollis Farms  09307fd38c69419 | 6,500.00 |
| 03/27 | Fluz        App J Ollis Farms  4c74bc2d009b4d9 | 7,500.00 |
| 03/30 | J Ollis Farms Ll Payment J Ollis Farms | 772.00 |
| 03/30 | Card Purchase Amazon Mktpl*b5  5942 Amzn.Com/Bill WA 98109   4131 | 59.95 |
| 03/30 | PIN Purchase Circle K # 067   5542 Fountain Inn          4131 | 55.21 |
| 03/30 | Fluz        App J Ollis Farms  Fa40cbde3b6746a | 4,000.00 |
| 03/30 | Fluz        App J Ollis Farms  Edb1ca17b4c64d6 | 10,000.00 |
| 03/30 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/30 | Pirate Ship     Payment James E Ollis  Payment | 12.27 |
| 03/31 | Card Purchase Amazon Mktpl*bg  5942 Amzn.Com/Bill WA 98109   4131 | 121.63 |
| 03/31 | Recurring Card Transaction Seller Amp LTD   5734 Halifax          4131 | 18.54 |
| 03/31 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
| 03/31 | Fluz        App J Ollis Farms  7a64b76692354ab | 4,500.00 |
| 03/31 | Fluz        App J Ollis Farms  52ee264fa804436 | 4,750.00 |
| 03/31 | Fluz        App J Ollis Farms  1fcac14fbe87429 | 5,000.00 |
| 03/31 | Fluz        App J Ollis Farms  Faf47e17a4954b9 | 5,000.00 |
| 03/31 | Fluz        App J Ollis Farms  0169fc4d612f4ff | 5,250.00 |
| 03/31 | Fluz        App J Ollis Farms  0aee1c38443542b | 5,750.00 |
| 03/31 | Pirate Ship     Payment James E Ollis  Payment | 6.75 |
|  | **Total Withdrawals** | **$375,268.91** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 03/02 | International Service Assessment Seller Amp LTD | 0.57 |
| 03/09 | Analysis Charge        02-26 | 16.50 |
| 03/16 | International Service Assessment Sellerboard Pro | 0.87 |
| 03/18 | International Service Assessment Keepa Price Tra | 1.00 |
| 03/31 | International Service Assessment Seller Amp LTD | 0.56 |
|  | **Total Fees** | **$19.50** |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/06 | 243 | 7,000.00 | 03/25 | 246 | 469.12 |
| 03/13 | 244 | 7,000.00 | 03/27 | 247 | 916.00 |
| 03/20 | 245 | 7,000.00 | 03/27 | 248 | 7,000.00 |
|  |  |  |  | **Total Checks** | **$29,385.12** |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/02 | 61,464.37 | 03/04 | 50,383.86 | 03/06 | 35,896.62 |
| 03/03 | 50,099.15 | 03/05 | 41,120.46 | 03/09 | 44,922.19 |

Regions Bank
Simpsonville
2565 Woodruff Rd
Simpsonville, SC 29681

J OLLIS FARMS LLC
2450 GRADEN RD
WARE SHOALS SC 29692-2918

**ACCOUNT #**      **1004**

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 6 of 7 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/10 | 30,789.77 | 03/18 | 49,233.25 | 03/25 | 54,141.78 |
| 03/11 | 33,164.07 | 03/19 | 54,513.68 | 03/26 | 55,418.44 |
| 03/12 | 37,165.09 | 03/20 | 48,085.18 | 03/27 | 42,676.61 |
| 03/13 | 30,319.68 | 03/23 | 69,169.78 | 03/30 | 61,290.51 |
| 03/16 | 61,418.70 | 03/24 | 64,875.65 | 03/31 | 46,871.83 |
| 03/17 | 50,269.22 |  |  |  |  |

PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|  | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

REGIONS

Regions Bank
Simpsonville
2565 Woodruff Rd
Simpsonville, SC 29681

JAMES EDWIN OLLIS
2450 GRADEN RD
WARE SHOALS SC 29692-2918

## ACCOUNT #                    0997

|  |  |
|---|---|
|  | 060 |
| Cycle | 15 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN CHECKING
February 24, 2026 through March 25, 2026

## SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $3,640.48 | Minimum Balance | $2,685 |
| Deposits & Credits | $3,279.00 + | Average Balance | $3,268 |
| Withdrawals | $954.77 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $5,964.71 | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/23 | SSA  Treas 310  Xxsoc Sec James E Ollis | 3,279.00 |

## WITHDRAWALS

| | | |
|---|---|---|
| 03/02 | Subscription    Acorns James Ollis    Kkfg39 | 3.00 |
| 03/04 | Nsm Dbamr.Cooper Nsm Dbamr James *Ollis    1492545 | 951.77 |
| | Total Withdrawals | $954.77 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Brian M Blackley, NMLS 199635, at (803)365-8979
or online at www.regionsmortgage.com/brianblackley.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.



**Thank You For Banking With Regions!**

EQUAL HOUSING
LENDER    2026 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Simpsonville
2565 Woodruff Rd
Simpsonville, SC 29681

JAMES EDWIN OLLIS
2450 GRADEN RD
WARE SHOALS SC 29692-2918

**ACCOUNT #**          **0997**

|                  |        |
|------------------|--------|
|                  | 060    |
| Cycle            | 15     |
| Enclosures       | 0      |
| Page             | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date  | Balance  | Date  | Balance  | Date  | Balance  |
|-------|----------|-------|----------|-------|----------|
| 03/02 | 3,637.48 | 03/04 | 2,685.71 | 03/23 | 5,964.71 |

### PLEASE BE AWARE THAT REGIONS HAS PERMANENTLY DISCONTINUED THE MINI-STATEMENT OPTION AT ITS ATMS. OTHER STATEMENT OPTIONS REMAIN AVAILABLE.

## Easy Steps to Balance Your Account

**Checking Account**

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

---

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

---

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.